# Order

**Michigan Supreme Court**
**Lansing, Michigan**

December 29, 2006

131937

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
    Plaintiff-Appellee,

v

CHRISTOPHER CLARK, JR.,
    Defendant-Appellant.

SC: 131937
COA: 270293
Wayne CC: 04-011260-01;
              04-011762-01;
              04-012126-01

_____/

On order of the Court, the application for leave to appeal the June 30, 2006 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 29, 2006

_____
Clerk

p1220